IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR **CR417 253** |
| | ) | |
| v. | ) | VIO: 18 U.S.C. §922(g)(1) |
| | ) | |
| RAHEEM WILLIAMS, A/K/A "BUCKET" | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this 7th day of November, 2017.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA