FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 14 PM 2:20
CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17CR253 |
| | ) | |
| RAHEEM WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 14th day of March, 2018, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion for Discovery (doc. 27) is RESOLVED.

Defendant's Motion for Disclosure of Exculpatory Material (doc. 28) is SATISFIED.

Defendant's Motion for Early Disclosure of Jencks Material (doc. 29) is SATISFIED.

Defendant's Motion to Strike Alias from Indictment (doc. 30) is DENIED.

Defendant's Motions to Suppress (docs. 32) is TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

**SO ORDERED** this 14TH day of March, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**