# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR417-253 |
| | ) | |
| RAHEEM WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Yesterday the Court entered a Report and Recommendation (doc. 42) that, on page 5, contained a citation error. The Report and Recommendation is amended to delete the citation to *Texas v. Brown*, 460 U.S. 730 (1983), and to substitute in its place the case of *California v. Hodari D.*, 499 U.S. 621, 626 (1991).

**SO ORDERED,** this <u>4th</u> day of April, 2018.

/s/ G. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA