IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR417-253 |
| | ) | |
| RAHEEM WILLIAMS, a/k/a Bucket, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 42), to which objections have been filed (Doc. 47). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Suppress (Doc. 32) is **DENIED**.

In his objections, Defendant characterizes the location where police observed Defendant loitering, along with two other individuals, as the "front of a store front." (Doc. 47 at 1.) Defendant uses this characterization to advance the general proposition that police lacked a sufficient basis to approach Defendant because there was "no evidence that any of the three 'subjects' exhibited any aberrant behavior that warranted an alarm for the safety of persons or property in the

vicinity." (Id. at 4.) Defendant, however, completely mischaracterizes the scene encountered by police.

Defendant was not simply socializing with friends in front of an open retail business. The building may have once housed an operating convenience store, but there was no business located in the building when police officers spotted Defendant. By all accounts, the building appeared to be long since abandoned. Moreover, the officers observed Defendant and his compatriots huddled in the recessed entryway of an abandoned building in a high-crime area around 8:30 p.m., long after sunset for that time of year. Defendant's decision to flee after the officers identified themselves as police was sufficient to give them reasonable suspicion that Defendant was engaged in illegal activity. See Illinois v. Wardlow, 528 U.S. 119, 124, 25 (2000). Accordingly, the officers were entitled to conduct a Terry stop to investigate their concerns. Terry v. Ohio, 392 U.S. 1, 30-31 (1968).

SO ORDERED this 15th day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA